UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Charles H. Johnson,

    Plaintiff,

v.                                                            Case No. 07-12750

Secretary of Veterans Affairs, *et al.*,          Honorable Sean F. Cox

    Defendants.
_____/

## ORDER DENYING REQUEST FOR DOCUMENTS WITHOUT PREJUDICE

Proceeding *pro se*, Plaintiff Charles Johnson ("Plaintiff") filed this action on June 29, 2007, asking this Court to review two Merit Systems Protection Board Appeals that he previously filed. In an Opinion & Order issued on February 12, 2008, this Court granted Defendants' Motion to Dismiss.

On February 8, 2008, while Defendants' Motion to Dismiss was still pending, Plaintiff filed a "Request for Documents" (Docket Entry No. 15). In that submission, Plaintiff requests that he be provided, free of charge, with a transcript of the January 17, 2008 hearing of Defendant's Motion to Dismiss.

Under certain circumstances, a court may direct that the expense of preparing a transcript for purposes of appeal be paid by the United States if such printing is required by the appellate court. *See* 8 Fed. Proc. L. Ed. § 20:263. However, "[a] **request for a free transcript is premature when it is filed while the district court case is still pending and before an appeal is available**." *Id.* (emphasis added)*; Romero Barcelo v. Brown*, 655 F.2d 458, 462 (1st Cir. 1981). Because Plaintiff's request for a transcript was made during the pendency of this action,

1

and before Plaintiff has filed any appeal, this Court lacks the authority to grant Plaintiff's request.

Accordingly, Plaintiff's "Request for Documents" is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                                    s/Sean F. Cox
                                                    Sean F. Cox
                                                    United States District Judge

Dated: February 13, 2008

I hereby certify that on February 13, 2008, a copy of the foregoing document was served upon counsel of record by electronic means and by First Class Mail upon:

Charles H Johnson
1410 Washington Blvd.
Apt. 905
Detroit, MI 48226

                                                     s/J. Hernandez
                                                    Case Manager