UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Charles H. Johnson,

    Plaintiff,

v.                                                                           Case No. 07-12750

Secretary of Veterans Affairs, *et al.*,             Honorable Sean F. Cox

    Defendants.

_____/

## ORDER DENYING
## "REQUEST FOR EMERGENCY ORDER"

Plaintiff Charles Johnson ("Plaintiff") filed this action on June 29, 2007, asking this Court to review two Merit Systems Protection Board Appeals that he previously filed. This Court has since issued an Opinion & Order granting Defendants' Motion to Dismiss because this Court lacks jurisdiction over Plaintiff's complaint and the Court has issued a final judgment in this matter.

Nevertheless, the matter is currently before the Court on Plaintiff's "Request for an Emergency Order," wherein Plaintiff asks this Court to order the I.R.S. and/or Defendant Secretary of Treasury to immediately issue his federal tax refund. (Docket Entry No. 16). Plaintiff does not provide any authority to establish that this Court has the authority to issue the order he requests.

**IT IS ORDERED** that Plaintiff's Request for an Emergency Order is **DENIED** because this Court lacks jurisdiction over Plaintiff's complaint and a final judgment has been entered. Thus, this action is now **CLOSED**.

**IT IS FURTHER ORDERED** that the motion is also denied because this Court lacks

1

the authority to issue the requested order.

**IT IS SO ORDERED**.

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: February 20, 2008

I hereby certify that on February 20, 2008, a copy of the foregoing document was served upon counsel of record by electronic means and by First Class mail upon:

Charles H Johnson
1410 Washington Blvd.
Apt. 905
Detroit, MI 48226

                                                S/Jennifer Hernandez
                                                Case Manager